STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JAMES J. KELLY, PLAINTIFF IN ERROR.

Submitted July 3, 1914—Decided September 25, 1914.

On error to the Supreme Court, whose opinion is reported in 84 *N. J. L.* 1.

For the defendant in error, *Robert S. Hudspeth.*

For the plaintiff in error, *Marshall Van Winkle* and *John J. Fallon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 10.

*For reversal*—None.